```
 1               IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF TEXAS
 3                       FORT WORTH DIVISION
 4    _____
 5    ADAM A. MALIK et al.,
 6           Plaintiffs,
 7        v.                                    Civil Action No.
 8    U.S. DEPARTMENT OF                        4:21-cv-00088-P
 9    HOMELAND SECURITY et al.,
10           Defendants.
11    _____
12                    VIDEOTAPED DEPOSITION OF
13                         AARON SULLIVAN
14    DATE:           Thursday, January 27, 2022
15    TIME:           1:05 p.m.
16    LOCATION:       United States Attorney's Office, TEXAS
17                    Northern District
18                    1100 Commerce Street, Third Floor
19                    Dallas, TX 75242
20    REPORTED BY:    Sophie Caudle, Notary Public
21    JOB NO.:        5047919
22
23
24
25
                                                              Page 1
```

```
 1                A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFFS ADAM A. MALIK et al.:
 3         RICHARD HARRIST, ESQUIRE
 4         Petty & Associates, PLLC
 5         8700 North Stemmons Freeway, Suite 101
 6         Dallas, TX 75247
 7         rharrist@roypetty.com
 8         (214) 905-1420
 9
10    ON BEHALF OF DEFENDANTS U.S. DEPARTMENT OF HOMELAND
11    SECURITY et al.:
12         BRIAN W. STOLTZ, ESQUIRE
13         United States Attorney's Office, Texas Northern
14         District
15         1100 Commerce Street, 3rd Floor
16         Dallas, TX 75242
17         brian.stoltz@usdoj.gov
18
19    ALSO PRESENT:
20         Christopher Birge, Digital Evidence, Videographer
21         Adam Malik, Plaintiff
22         Diane Galiano, Senior Attorney with Customs and
23         Border Protection
24
25
                                                      Page 2
```

```
 1                    I N D E X
 2    EXAMINATION:                                      PAGE
 3         By Mr. Harrist                                6
 4         By Mr. Stoltz                                103
 5
 6                    E X H I B I T S
 7    NO.             DESCRIPTION                       PAGE
 8    Exhibit 2    1-Day Lookout Screenshots             52
 9    Exhibit 4    Declaration of Aaron Sullivan         26
10
11                  (Exhibits attached.)
12
13    Exhibit 7    Incident Log Report                   71
14
15              (Exhibit retained by counsel.)
16
17
18
19
20
21
22
23
24
25
```

```
 1                    P R O C E E D I N G S
 2                    THE VIDEOGRAPHER:  Good afternoon.  We
 3    are going on the record at 1:05 p.m. on January 27,
 4    2022.  Please note that the microphones are sensitive
 5    and may pick up whispering, private conversations, and
 6    cellular interference.  Please turn off all cell
 7    phones or place them away from the microphones as they
 8    can interfere with the deposition audio.  This is
 9    media unit one of the video-recorded deposition of
10    Aaron Sullivan taken by counsel for plaintiff in the
11    matter of Adam A. Malik et al. vs. U.S. Department of
12    Homeland Security filed in the U.S. District Court for
13    the Northern District of Texas, Fort Worth Division,
14    Case No. 4:21-CV-00088-P.  The deposition is being
15    held at 1100 Commerce Avenue, Dallas, Texas.  My name
16    is Chris Birge with Digital Evidence.
17                    THE REPORTER:  My name is Sofie Caudle;
18    I am the reporter assigned by Veritext to take the
19    record of this proceeding.
20                    I am a notary authorized to take
21    acknowledgements and administer oaths in Texas.
22                    Additionally, absent an objection on
23    the record before the witness is sworn, all parties
24    and the witness understand and agree that any
25    certified transcript produced from the recording of
```

Veritext Legal Solutions
800-336-4000

```
 1     this proceeding:
 2                    - is intended for all uses permitted
 3                      under applicable procedural and
 4                      evidentiary rules and laws in the same
 5                      manner as a deposition recorded by
 6                      stenographic means; and
 7                    - shall constitute written stipulation
 8                      of such.
 9                    At this time will everyone in
10     attendance please identify yourself for the record,
11     beginning from my left.
12                    MR. STOLTZ:  Brian Stoltz, attorney for
13     defendants.
14                    MS. GALIANO:  Diane Galiano, senior
15     attorney with Customs and Border Protection.
16                    MR. MALIK:  Adam Malik.  I'm the
17     plaintiff.
18                    MR. HARRIST:  My name is Richard
19     Harrist.  I'm attorney the plaintiffs in this case.
20                    MR. SULLIVAN:  And I'm Aaron Sullivan.
21                    THE REPORTER:  Thank you.  Hearing no
22     objection I will now swear in the witness.  Mr.
23     Sullivan, please raise your right hand.
24     //
25     //
```

```
 1    WHEREUPON,
 2                      AARON SULLIVAN,
 3    called as a witness, and having been first duly sworn
 4    to tell the truth, the whole truth and nothing but the
 5    truth, was examined and testified as follows:
 6               THE REPORTER:  Thank you.  You may now
 7    proceed.
 8                       EXAMINATION
 9    BY MR. HARRIST:
10         Q    Thank you.  Mr. Sullivan, let's just start
11    by you giving your complete name for the record.
12         A    That's Aaron Vaughn Sullivan.  And that's
13    spelled A-A-R-O-N V-A-U-G-H-N S-U-L-L-I-V-A-N.
14         Q    Thank you, sir.  And have you ever given a
15    deposition before?
16         A    No, sir.
17         Q    Okay.  Well, for starters she just swore you
18    in, so you understand you're under oath and same
19    penalties of perjury apply here as would in a
20    courtroom.  Do you understand that?
21         A    I do understand.
22         Q    All right.  And just some rules to try to
23    help the court reporter out.  You and I need to try
24    not to talk over one another, meaning I'll try to --
25    let me finish my question before you try to answer and
```

Page 6

```
 1   to you?
 2       A    I was probably close.
 3       Q    Like how close?
 4       A    Close.  Close enough, like we stated
 5   earlier, for my arm to maybe brush up against him.
 6       Q    All right.  So you were right next to him?
 7       A    Correct.
 8       Q    Okay.  And then the last sentence says,
 9   "TTRT Supervisor" -- are we talking about you still?
10       A    Yes.
11       Q    "TTRT supervisor kept telling Malik he
12   needed to leave."  How many times did you tell him he
13   needed to leave?
14       A    A bunch.  I don't remember exactly how many.
15       Q    Five?
16       A    Well, it's multiple times.
17       Q    Okay.  And then it says, "He finally
18   departed the FIS being escorted by Brock."  Correct?
19       A    Yes.
20       Q    All right.  Okay.  Let me ask you this, is
21   there video in this area where we're talking about
22   trying to get him to leave?
23       A    We -- we do have cameras.  Whether there's a
24   taped recording of it, I don't know.
25       Q    Have you ever looked at footage from those
```

Page 85

```
 1    cameras?
 2         A    It's been a while, but I don't know how long
 3    say stay on the server.
 4         Q    But you have before?
 5         A    Well, years ago.
 6         Q    Before January 3rd of last year?
 7         A    Yeah.  Many years ago actually.
 8         Q    Okay.  And cameras still there or no?
 9         A    Yeah.
10         Q    All right.
11         A    But, I don't know if they're -- if they're
12    actually pointing at that area that we were standing
13    in.
14         Q    But there are cameras in the area?
15         A    Yes.
16         Q    All right.  And who can have access to the
17    video footage from those cameras?  Do you know?
18         A    I mean, it's --
19         Q    Does CBP have access to it?
20         A    CBP and, I think, DFW airport.
21         Q    All right.  Okay.
22         A    I think they --
23              MR. HARRIST:  Can we take a break?
24              MR. STOLTZ:  Yeah.  Sure.
25              MR. HARRIST:  We're going to take a
```

Page 86

1    break for a few minutes, and then well just visit for
2    probably 15 minutes.
3                THE VIDEOGRAPHER:  We're off the record
4    at 2:41.
5                (Off the record.)
6                THE VIDEOGRAPHER:  We are back on the
7    record at 3:07.
8    BY MR. HARRIST:
9         Q    Mr. Sullivan --
10        A    Yes, sir.
11        Q    -- ask you -- you were talking about you had
12   come to work at some point on the 3rd.  When was it
13   that you arrived at work on the 3rd of -- January 3rd
14   of last year?
15        A    Probably about 12:30.  My shift is 1300.
16        Q    12:30 p.m.?
17        A    12:30 p.m.  Yes.
18        Q    In the afternoon?  Okay. All right.  So and
19   you were then -- then you would have been at your job
20   at DFW International the entire time Mr. Malik was
21   processing through?
22        A    Yes.
23        Q    Okay.  Because he arrived when?
24        A    I'd have to look at the closeout, but I
25   don't know if it was Qatar Airways or Emirates.

Page 87