UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM MALIK,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DEP'T OF HOMELAND SECURITY, *et al.*,  )<br>)<br>Defendant.  )<br>) | Civ. A. No. 22-698 (CRC) |

## JOINT STATUS REPORT

The parties have met and conferred in good faith on numerous occasions in an effort to resolve the matter or narrow the scope of the dispute without success.  The parties propose to submit a briefing schedule for cross-motions for summary by further Joint Status Report no later than Friday, September 29, 2023

Dated:  September 19, 2023

 /s/   *Adam Aman Malik*
ADAM AMAN MALIK, *Pro Se*
2340 E. Trinity Mills Rd.
Suite 112
Carrollton, TX 75006
(214) 945-5100

*Pro se Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:            /s/ *John Moustakas*
JOHN MOUSTAKAS,  D.C. Bar #442076
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Attorneys for the United States of America*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM MALIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 22-698 (CRC) |
| ) | |
| DEP'T OF HOMELAND SECURITY, *et al.*, ) | |
| ) | |
| Defendant. ) | |

### (PROPOSED) ORDER

UPON CONSIDERATION OF the parties' Joint Status Report, and based on the entire record,

It is ORDERED that the parties shall file their next Joint Status Report by no later than September 29, 2023.

**So ORDERED.**

Dated: _____

Hon. Christopher R. Cooper
UNITED STATES DISTRICT JUDGE