UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM MALIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEP'T OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendant. | Civ. A. No. 22-698 (CRC) |

## JOINT STATUS REPORT

Unable to resolve their differences despite extensive efforts to meet and confer, the Parties submit that what remains next is to set a briefing schedule for cross motions for summary judgment. In order to keep the briefing unitary, and therefore taking into account both the FOIA queue at the agency with the deepest backlog, the impending government shutdown,[1] and the winter holidays, the parties propose the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | February 5, 2024 |
| Plaintiff's Combined Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment | March 6, 2024 |
| Defendant's Combined Reply to Plaintiff's Opposition and Opposition to Plaintiff's Cross Motion for Summary Judgment | April 5, 2024 |
| Plaintiff's Reply to Defendant's Opposition to Cross Motion for Summary Judgment | May 6, 2024 |

---

[1] Undersigned government counsel notes that the most recent government shutdown lasted 35 days. *See* https://www.usatoday.com/story/news/politics/2023/09/29/government-shutdown-2023-live-updates-latest-news/71000629007/

Dated: September 29, 2023

|  |  |
|---|---|
| /s/  Adam Aman Malik<br>ADAM AMAN MALIK, *Pro Se*<br>2340 E. Trinity Mills Rd.<br>Suite 112<br>Carrollton, TX 75006<br>(214) 945-5100<br><br>*Pro se Plaintiff* | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:            /s/ *John Moustakas*<br>JOHN MOUSTAKAS, D.C. Bar #442076<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2518<br>john.moustakas@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM MALIK,  Plaintiff,  v.  DEP'T OF HOMELAND SECURITY, *et al.*,  Defendant. | Civ. A. No. 22-698 (CRC) |

### **(PROPOSED) ORDER**

UPON CONSIDERATION OF the parties' Joint Status Report, and based on the entire record, the following briefing schedule is ORDERED adopted by the Court:

| | |
|---|---:|
| Defendant's Motion for Summary Judgment | February 5, 2024 |
| Plaintiff's Combined Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment | March 6, 2024 |
| Defendant's Combined Reply to Plaintiff's Opposition and Opposition to Plaintiff's Cross Motion for Summary Judgment | April 5, 2024 |
| Plaintiff's Reply to Defendant's Opposition to Cross Motion for Summary Judgment | May 6, 2024 |

**So ORDERED.**

Dated: _____    _____
                                 UNITED STATES DISTRICT JUDGE