UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM MALIK,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Civil Action No. 22-0698 (CRC) |

**DEFENDANT USCIS'S STATEMENT OF MATERIAL FACTS
IN SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant United States Citizenship and Immigration Services ("USCIS"), through undersigned counsel, respectfully files this statement of material facts not in genuine dispute in support of its renewed motion for summary judgment under Federal Rule of Civil Procedure ("Rule") 56 and Local Civil Rule ("Local Rule") 7(h) against Plaintiff Adam Malik's claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

**FOIA REQUEST TO USCIS**

1. Plaintiff submitted a FOIA request dated March 8, 2021, to USCIS. The request read as follows:

> **First, I request** for the Information Technology department to search its email systems and/or other communications methods and provide me with copies of the records that result from the search pertaining to me based on the following criteria.
>
> The information requested includes but is **NOT limited to the following** independent parameters.
>
> 1. The time frame for this request is between Jan 2002 until the date search is executed.
>
> 2. This is to include any communication where my name appears in the subject line or within the body of the communication.

3. This is to include ALL variations of my name as "Aman" or "Aman Malik" or "Adam Malik" or "Adam A Malik" or "Adam Arman Malik" or "Attorney Malik" or "Attorney Adam Malik".

4. This is to include communication **from** any account/account holder. (An example of an account is an email address.)

5. This is to include communication **to** any account/account holder. (An example of an account is an email address.)

6. This request includes all email account addresses that end with "@uscis.dhs.gov", "@dhs.gov", "@uscis.gov" or any other domain extensions used by the preceding agencies or times.

7. This is to include all accounts AND email account, which any individual that works for or at the United States Citizenship and Immigration Services, uses or has access to.

8. This request includes any entities, individuals, or organization, contractors that either work directly or indirectly with the agency or department.

9. This request includes ALL folders within an account or email mailbox, which includes but is not limited to the following:

    a. This request is NOT limited to the "inbox" Folder.

    b. This request is NOT limited to the "Sent" Folder.

    c. This request is NOT limited to the "Draft" Folder.

    d. This request is NOT limited to the "Junk" Folder.

    e. This request is NOT limited to the "Deleted" Folder.

    f. This request is NOT limited to the "Deleted Items" Folder.

    g. This request is NOT limited to the "Junk Email" Folder.

    h. This request is NOT limited to the "Archived Email" Folder, other otherwise archived emails.

    i. This request is INCLUDES any other folder that exist in each account/email mailbox.

    j. This request is INCLUDES any other folder that are created by a user in each account/email mailbox.

10. This request includes retrieval and restoring of items that have been deleted from the "deleted items" folder.

11. This request includes retrieval and restoring of items that have been deleted from any of the folder within the account/email mailbox.

**Secondly**, to the request above to the IT department, I also make the following **request** to the FOIA/PA officer.

Provide to me with copies of any documents, records, information, and files, whether digital or physical, pertaining to myself and in reference to the following:

1. All documents contained within or related to my Personal file and/or Human Resource file kept by the department and the agency.

2. All document related to my employment applications and/or employment with the department and the agency.

3. All documents related to my background and security checks in reference to my employment with the department or the agency.

4. All documents, records, information, and files kept related to me kept by the department or the agency.

*See* Panter Decl. ¶ 8, ECF No. 31-3.

2. Plaintiff filed suit against USCIS. *See generally*, Compl., ECF No. 1.

3. On March 11, 2025, the Court issued a Memorandum Opinion and Order, granting summary judgment for all defendant agencies in this case, except as to one record from USCIS. *See* Mem. Op. and Order, ECF No. 45.

4. The one record at issue from USCIS is a "Memo for the Record." *Id.*

5. Defendants applied Exemption 7(E) to the Memo for the Record correctly.

6. Defendants applied Exemptions 6 and 7(C) to the Memo for the Record correctly.

7. Defendants applied the deliberative process privilege under Exemption 5 to the Memo for the Record correctly.

8. Defendants segregated all reasonably segregable information.

\* \* \*

Date: April 9, 2025  
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866  
United States Attorney

By:    */s/ Sam Escher*  
     SAM ESCHER, D.C. Bar # 1655538  
     Assistant United States Attorney  
     601 D Street, N.W.  
     Washington, D.C. 20530  
     (202) 252-2531  
     Sam.Escher@usdoj.gov

*Attorneys for the United States of America*